No. 945            October 29, 2025            577

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of I. G.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

I. G.,
*Appellant.*

Multnomah County Circuit Court
24CC07041; A186132

Monica M. Herranz, Judge.

Submitted September 12, 2025.

Liza Langford filed the brief for appellant.

Jona J. Maukonen, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Appellant challenges a judgment committing him to the custody of the Oregon Health Authority for up to 180 days. His appointed counsel filed a brief pursuant to ORAP 5.90(4) and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

A civil commitment hearing occurred in November 2024. Based on the evidence and testimony at the hearing, the trial court found that appellant suffered from a mental disorder and was unable to provide for his basic needs. *See* ORS 426.005(1)(f)(B); ORS 426.130(1)(a)(C). Having reviewed the record, including the trial court file and the transcript of the civil commitment hearing, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.